UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID COSTAS,

       Plaintiff,                        Case No. 1:25–cv–01031–HYJ–RSK

    v.                              Hon. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

       Defendants.
_____/

## ORDER

      The Court having been advised of Plaintiff and Citibank, N.A.'s agreement to settle this matter by way of a Notice of Settlement filed on June 12, 2026 (ECF No. 40), **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by the undersigned, shall be filed with the Court on or before **August 11, 2026**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed as to Citibank, N.A. without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1. All dates remain as currently scheduled.

     IT IS SO ORDERED.

Dated:  June 12, 2026                      /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      Chief United States District Judge