UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID COSTAS,
    Plaintiff,

                                  Case No. 25-cv-1031

v.                                Hon. Hala Y. Jarbou
                                  Mag. Ray S. Kent

EQUIFAX INFORMATION SERVICES, LLC, et al.,
    Defendants.
_____

## PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE AND THE DISPOSITIVE MOTION DEADLINE

NOW COMES the Plaintiff, DAVID COSTAS, by and through his counsel, and moves this Court to extend the discovery deadline and the dispositive motion deadline and, in support thereof, states as follows:

This Court ordered the parties to complete discovery on or before June 22, 2026.  (Doc #29, PageID 106.)  However, Plaintiff still needs to take the deposition of Trans Union, LLC ("Trans Union") – the last remaining defendant to this lawsuit. On June 10, 2026, the day before the mediation for this case, Plaintiff emailed Trans Union's counsel to request that Trans Union provide available dates to be deposed before the close of discovery in the event that the mediation did not resolve the case. (Exhibit 1, pp. 3-4.)  On June 16, 2026, Plaintiff followed up with Trans Union to obtain Trans Union's available dates to be deposed and to request Trans Union's consent for the instant motion.  (Exhibit 1, pp. 2-3.)  On June 22, 2026, Plaintiff

again followed up with Trans Union and stated that he would be filing a motion to extend discovery before the end of the day.  (Exhibit 1, p. 2.)  Trans Union replied that it responded to Plaintiff the previous week (and objected to the motion).  (Exhibit 1, p. 1.)  However, Trans Union's response had been sent to Plaintiff's counsel's former email address, so Plaintiff's counsel had not received Trans Union's response until June 22, 2026.  (Exhibit 1, p. 1.)

Plaintiff still needs to take the deposition of Trans Union, which Plaintiff was unable to schedule between the mediation and the close of discovery.  Plaintiff also still needs to serve his responses to Trans Union's interrogatories and document requests.  Therefore, Plaintiff requests this Court to extend the discovery deadline by sixty (60) days.

This Court also ordered the parties to file dispositive motions by July 22, 2026.  (Doc #29, PageID 106.)  In conjunction with the request to extend the discovery deadline, Plaintiff requests this Court to extend the dispositive motion deadline by sixty (60) days.

This is the first request by either party to extend any deadline in the Case Management Order.  Further, this request is not being made to stall, thwart or otherwise delay the orderly progression of this case, but rather to ensure that the case is fully prepared to proceed to the dispositive motion and/or trial stages.

2

Respectfully submitted,

Dated: June 22, 2026

/s/ Carl Schwartz
CARL SCHWARTZ (P70335)
CONSUMER DISPUTE LAWYERS
Attorneys for Plaintiff
27600 Farmington Road, Suite 108
Farmington Hills, MI 48334
Phone: (855) 472-0080
Fax: (248) 850-3990
Email: carl@dontpayfraud.com

**Proof of Service**

I, Carl Schwartz, hereby state that on June 22, 2026, I served a copy of the foregoing document upon all counsel of record via the Court's CM/ECF system.

/s/ Carl Schwartz

3