UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID COSTAS,

       Plaintiff,                     Case No. 1:25−cv−01031−HYJ−RSK

     v.                              Hon. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

       Defendants.
_____/

## ORDER

      The Court having reviewed the Plaintiff's motion to extend the time for completing discovery and filing dispositive motions, **IT IS ORDERED** that the Plaintiff's motion (ECF No. 44) is **GRANTED**. Due to the change in schedule, the Court will enter an amended case management order.

      IT IS SO ORDERED.

Dated:  June 23, 2026                 /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      Chief United States District Judge